DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD MILLER,**
Appellant,

v.

**LINNETTE MILLER,**
Appellee.

No. 4D2025-0154

[March 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin R. Kanner, Judge; L.T. Case No. FMCE15-005727.

Darren K. Edwards of Darren K. Edwards P.A., Plantation, for appellant.

Craig J. Trocino, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***